# United States Court of Appeals

For the Seventh Circuit
Chicago, Illinois 60604


May 23, 2003


Before


**Hon.** WILLIAM J. BAUER, Circuit Judge

**Hon.** FRANK H. EASTERBROOK, Circuit Judge

**Hon.** ANN CLAIRE WILLIAMS, Circuit Judge


| | |
|---|---|
| STEVEN MARTIN and TAMMY STOLKA,<br>    *Plaintiffs-Appellants*,<br><br>**No.** 02-1135     **v.**<br><br>DONALD N. SNYDER, JR., *et al.*,<br>    *Defendants-Appellees*. | Appeal from the United<br>States District Court<br>for the Central<br>District of Illinois.<br><br>No. 01-1118<br>Harold A. Baker,<br>*Judge*. |


**Order**

The opinion of this court issued on May 23, 2003, is amended as follows:

Page 2, eighth line from the bottom, change "legitimation" to "welfare".